JAMES MURRAY, Respondent, v. WILLETT C. EVANS, Appellant.— Judgment

and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.